UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN M. COOPER, | No. 2:15-cv-0914 CKD P |
| Plaintiff, | |
| v. | ORDER |
| PLACER COUNTY JAIL, et al., | |
| Defendants. | |

On February 24, 2016, plaintiff's amended complaint was dismissed with leave to amend. The deadline for filing plaintiff's second amended complaint has expired, and plaintiff has not filed a second amended complaint or otherwise responded to the court's order. Plaintiff has consented to this court's jurisdiction pursuant to 28 U.S.C. § 636(c) and Local Rule 302.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: June 6, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
coop0914.fta